IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BENEFICIAL INNOVATIONS, INC., § <br> Plaintiff, § <br> § <br> VS. § <br> § <br> AOL LLC, a Delaware limited liability § <br> company; THE DALLAS MORNING § <br> NEWS, INC., a Delaware corporation; § <br> GOOGLE INC., a Delaware corporation; IGN § <br> ENTERTAINMENT, INC., a Delaware § <br> corporation; MORRIS COMMUNICATIONS § <br> COMPANY, LLC, a Georgia limited liability § <br> Company; TRIBUNE INTERACTIVE, INC., § <br> A Delaware corporation; YAHOO! INC., a § <br> Delaware corporation; and YOUTUBE, LLC, § <br> a Delaware limited liability company, § <br> § <br> Defendants. § | Civil Action No: 2:07-cv-555 (TJW/CE) <br><br> Jury Trial Demanded |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, S. Calvin Capshaw, enters his appearance in this matter as counsel for Plaintiff, Beneficial Innovations, Inc., for the purpose of receiving notices and orders from the Court.

DATED this 27th day of December, 2007.

DATED:  December 27, 2007              Respectfully submitted,


                                        By:  /s/ S. Calvin Capshaw
                                            S. Calvin Capshaw
                                            State Bar No. 0378390
                                            Elizabeth L. DeRieux
                                            State Bar No. 05770585
                                            BROWN MCCARROLL, LLP
                                            1127 Judson Road, Suite 220
                                            P.O. Box 3999 (75606-3999)
                                            Longview, Texas 75601-5157
                                            Telephone:  (903) 236-9800
                                            Facsimile:   (903) 236-8787
                                            Email: ccapshaw@mailbmc.com
                                            Email: ederieux@mailbmc.com

                                            Attorneys for Plaintiff,
                                            Beneficial Innovations, Inc.


## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 27th day of December, 2007, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                            /s/ S. Calvin Capshaw