IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BENEFICIAL INNOVATIONS, INC., | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Action No: 2:07-cv-555 (TJW/CE) |
| | § | |
| AOL LLC, a Delaware limited liability | § | Jury Trial Demanded |
| company; THE DALLAS MORNING | § | |
| NEWS, INC., a Delaware corporation; | § | |
| GOOGLE INC., a Delaware corporation; IGN | § | |
| ENTERTAINMENT, INC., a Delaware | § | |
| corporation; MORRIS COMMUNICATIONS | § | |
| COMPANY, LLC, a Georgia limited liability | § | |
| Company; TRIBUNE INTERACTIVE, INC., | § | |
| A Delaware corporation; YAHOO! INC., a | § | |
| Delaware corporation; and YOUTUBE, LLC, | § | |
| a Delaware limited liability company, | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Elizabeth L. DeRieux, enters her

appearance in this matter as counsel for Plaintiff, Beneficial Innovations, Inc., for the purpose of

receiving notices and orders from the Court.

DATED this 27th day of December, 2007.

DATED:  December 27, 2007          Respectfully submitted,


By:   /s/ Elizabeth L. DeRieux
      S. Calvin Capshaw
      State Bar No. 0378390
      Elizabeth L. DeRieux
      State Bar No. 05770585
      BROWN MCCARROLL, LLP
      1127 Judson Road, Suite 220
      P.O. Box 3999 (75606-3999)
      Longview, Texas 75601-5157
      Telephone:  (903) 236-9800
      Facsimile:  (903) 236-8787
      Email: ccapshaw@mailbmc.com
      Email: ederieux@mailbmc.com

      Attorneys for Plaintiff,
      Beneficial Innovations, Inc.

## CERTIFICATE OF SERVICE

    I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 27th day of December, 2007, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                  /s/ Elizabeth L. DeRieux