# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BENEFICIAL INNOVATIONS, INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>AOL LLC, a Delaware limited liability company; THE DALLAS MORNING NEWS, INC., a Delaware corporation; GOOGLE INC., a Delaware corporation; IGN ENTERTAINMENT, INC., a Delaware corporation; MORRIS COMMUNICATIONS COMPANY, LLC, a Georgia limited liability company; TRIBUNE INTERACTIVE, INC., a Delaware corporation; YAHOO! INC., a Delaware corporation; and YOUTUBE, LLC, a Delaware limited liability company,<br><br>        Defendants. | CASE NO.  2:07-CV-555 – (TJW-CE)<br><br>**Jury Trial Demanded** |

## ORDER

Came on for consideration the Agreed Motion for Extension of Time for AOL LLC to Answer or Otherwise Respond, and the Court is of the opinion that the Motion should be granted.

IT IS, THEREFORE, ORDERED that the Agreed Motion for Extension of Time for AOL LLC to Answer or Otherwise Respond is GRANTED and the deadline for Defendant AOL LLC to file its Answer to Plaintiff's Complaint for Patent Infringement or to otherwise respond is extended to February 11, 2008.

1

Dockets.Justia.com