IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BENEFICIAL INNOVATIONS, INC., <br>       Plaintiff, <br><br> VS. <br><br> AOL LLC, a Delaware limited liability company; THE DALLAS MORNING NEWS, INC., a Delaware corporation; GOOGLE INC., a Delaware corporation; IGN ENTERTAINMENT, INC., a Delaware corporation; MORRIS COMMUNICATIONS COMPANY, LLC, a Georgia limited liability Company; TRIBUNE INTERACTIVE, INC., A Delaware corporation; YAHOO! INC., a Delaware corporation; and YOUTUBE, LLC, a Delaware limited liability company, <br><br>       Defendants. | § § § § § § § § § § § § § § § § § § | Civil Action No: 2:07-cv-555 (TJW/CE) <br><br> Jury Trial Demanded |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, N. Claire Abernathy, enters her appearance in this matter as counsel for Plaintiff, Beneficial Innovations, Inc., for the purpose of receiving notices and orders from the Court.

DATED this 8th day of January, 2008.

DATED: January 8, 2008             Respectfully submitted,


                                By: /s/ N. Claire Abernathy
                                    S. Calvin Capshaw
                                    State Bar No. 0378390
                                    Elizabeth L. DeRieux
                                    State Bar No. 05770585
                                    N. Claire Abernathy
                                    State Bar No. 24053063
                                    BROWN MCCARROLL, LLP
                                    1127 Judson Road, Suite 220
                                    P.O. Box 3999 (75606-3999)
                                    Longview, Texas 75601-5157
                                    Telephone: (903) 236-9800
                                    Facsimile: (903) 236-8787
                                    Email: ccapshaw@mailbmc.com
                                    Email: ederieux@mailbmc.com
                                    Email: cabernathy@mailbmc.com

                                    Attorneys for Plaintiff,
                                    Beneficial Innovations, Inc.


## **CERTIFICATE OF SERVICE**

    I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 8th day of January, 2008, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                                            /s/ N. Claire Abernathy