IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BENEFICIAL INNOVATIONS, INC., | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Action No: 2:07-cv-555 (TJW/CE) |
| | § | |
| AOL LLC, a Delaware limited liability | § | Jury Trial Demanded |
| company; THE DALLAS MORNING | § | |
| NEWS, INC., a Delaware corporation; | § | |
| GOOGLE INC., a Delaware corporation; IGN | § | |
| ENTERTAINMENT, INC., a Delaware | § | |
| corporation; MORRIS COMMUNICATIONS | § | |
| COMPANY, LLC, a Georgia limited liability | § | |
| Company; TRIBUNE INTERACTIVE, INC., | § | |
| A Delaware corporation; YAHOO! INC., a | § | |
| Delaware corporation; and YOUTUBE, LLC, | § | |
| a Delaware limited liability company, | § | |
| | § | |
| Defendants. | § | |

**AGREED MOTION FOR EXTENSION OF TIME FOR
DEFENDANT YAHOO! INC. TO ANSWER OR OTHERWISE RESPOND
TO PLAINTIFF'S ORIGINAL COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Beneficial Innovations, Inc. files this Agreed Motion to Extend Time for Defendant Yahoo! Inc. to file its Answer or Otherwise Respond to Plaintiff's Original Complaint and would respectfully show the Court as follows:

Defendant Yahoo! Inc. has requested an extension of time to answer. Plaintiff has agreed to such an extension. The parties respectfully request that Defendant Yahoo! Inc. be granted an extension of time to file its Answer or otherwise respond to Plaintiff's Original Complaint to February 11, 2008.

1

Dockets.Justia.com

WHEREFORE, PREMISES CONSIDERED, Plaintiff Beneficial Innovations, Inc. respectfully moves the Court to extend the deadline as set forth above pursuant to the request of Yahoo! Inc. and award the parties such other and further relief as they may show themselves justly entitled.

Dated: January 8, 2008                    Respectfully submitted,

                                           By:   /s/ N. Claire Abernathy
S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
N. Claire Abernathy
State Bar No. 24053063
Brown McCarroll, L.L.P.
1127 Judson Rd., Suite 220
Longview, TX 75601
P O Box 3999
Longview, TX 75606
Phone: (903) 236-9800
Fax: (903) 236-8787
Email: ccapshaw@mailbmc.com
Email: ederieux@mailbmc.com
Email: cabernathy@mailbmc.com

Robert Christopher Bunt
State Bar No. 00787165
Charles Ainsworth
State Bar No. 00783521
Parker, Bunt & Ainsworth, P.C.
100 East Ferguson, Ste. 1114
Tyler, TX 75702
Telephone: (903) 531-3535
Facsimile: (903) 533-9687
Email: rcbunt@pbatyler.com
Email: charley@pbatyler.com

Franklin Jones, Jr.
State Bar No. 00000055
Jones and Jones, Inc., P.C.
201 West Houston Street
P. O. Drawer 1249
Marshall, Texas 75671-1249
Phone: (903) 938-4395
Fax: (903) 938-3360
E-mail: maizieh@millerfirm.com

Gregory Scott Dovel
CA State Bar No. 135387
Julien Adams
CA State Bar No. 156135
Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Phone: (310) 656-7066
Fax: (310) 656-7069
E-mail: greg@dovellaw.com
E-mail: julien@dovellaw.com

ATTORNEYS FOR PLAINTIFF
BENEFICIAL INNOVATIONS, INC.

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Plaintiff has met and conferred with counsel for Yahoo! Inc. and agreed to the relief sought in this motion.

/s/ N. Claire Abernathy

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 8, 2008. Any other counsel of record will be served by facsimile transmission and first class mail.

/s/ N. Claire Abernathy

3