IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BENEFICIAL INNOVATIONS, INC., | § | |
|     Plaintiff, | § | |
| | § | |
| VS. | § | Civil Action No: 2:07-cv-555 (TJW/CE) |
| | § | |
| AOL LLC, a Delaware limited liability | § | Jury Trial Demanded |
| company; THE DALLAS MORNING | § | |
| NEWS, INC., a Delaware corporation; | § | |
| GOOGLE INC., a Delaware corporation; IGN | § | |
| ENTERTAINMENT, INC., a Delaware | § | |
| corporation; MORRIS COMMUNICATIONS | § | |
| COMPANY, LLC, a Georgia limited liability | § | |
| Company; TRIBUNE INTERACTIVE, INC., | § | |
| A Delaware corporation; YAHOO! INC., a | § | |
| Delaware corporation; and YOUTUBE, LLC, | § | |
| a Delaware limited liability company, | § | |
| | § | |
|     Defendants. | § | |

**ORDER**

Came on for consideration the Agreed Motion for Extension of Time for Defendant Yahoo! Inc. to Answer or Otherwise Respond and the Court is of the opinion that the Motion should be GRANTED.

IT IS, THEREFORE, ORDERED that the Agreed Motion for Extension of Time for Defendant Yahoo! Inc. to Answer or Otherwise Respond is GRANTED and the deadline for Defendant Yahoo! Inc. to file its Answer or Otherwise Respond to Plaintiff's Complaint is extended to February 11, 2008.