IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BENEFICIAL INNOVATIONS, INC. | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| V. | § | C. A. NO.: 2:07 CV 555 (JTW) |
| | § | |
| AOL, LLC, et al, | § | |
| | § | UNOPPOSED |
| *Defendants.* | § | |

### DEFENDANT YOUTUBE, LLC'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF BENEFICIAL INNOVATIONS, INC.'S COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

1. Defendant YouTube, LLC, hereby moves the Court to extend the time within which Defendant is required to move, answer, or otherwise respond to Plaintiff Beneficial Innovations, Inc.'s Complaint up to and including February 11, 2007.

2. Good cause exists for the granting of this motion and the motion is made for the reason and on the grounds that the additional time is necessary in order to allow counsel to adequately confer with their client and respond appropriately to Beneficial Innovations, Inc.'s Complaint.

3. This extension is not sought for the purposes of delay and specifically should not be the basis to delay any scheduling conference in this cause.

WHEREFORE, Defendant YouTube, LLC respectfully prays that the time to answer or otherwise move or respond to Beneficial Innovations, Inc.'s Complaint be enlarged until February 11, 2008.

- 1 -

- 2 -

        Respectfully submitted,

        GILLAM & SMITH, LLP


        __/s/ Melissa R. Smith_____
        Melissa R. Smith
        LEAD ATTORNEY
        State Bar No. 24001351
        Harry L. Gillam, Jr.
        State Bar No. 07921800
        GILLAM & SMITH, L.L.P.
        303 South Washington Avenue
        Marshall, Texas 75670
        Telephone:  (903) 934-8450
        Facsimile:  (903) 934-9257

        **ATTORNEYS FOR DEFENDANT,**
        **GOOGLE, INC.**

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Defendant, YouTube, LLC and counsel for Plaintiff, Beneficial Innovations, Inc. conferred on January 8, 2008, and Plaintiff does not oppose this motion.

        __/s/ Melissa R. Smith_____
        Melissa R. Smith

- 3 -

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 8th day of May, 2008.

                                                                                                                                                                __/s/ Melissa R. Smith_____
                                                                                                                                                                Melissa R. Smith