# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| BENEFICIAL INNOVATIONS, INC. | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| V. | § | C. A. NO.: 2:07 CV 555 (JTW) |
| | § | |
| AOL, LLC, et al, | § | |
| | § | UNOPPOSED |
| *Defendants.* | § | |

## ORDER GRANTING DEFENDANT YOUTUBE, LLC'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF BENEFICIAL INNOVATIONS, INC.'S COMPLAINT

On this date came for consideration Defendant YouTube, LLC's Unopposed Motion to Extend Time to Answer, Move or Otherwise Respond to Plaintiff Beneficial Innovations, Inc.'s Complaint, and the Court being of the opinion that same should be GRANTED, it is therefore,

ORDERED that Defendant, YouTube, LLC be and hereby is, GRANTED an extension of time within which to respond to Plaintiff, Beneficial Innovations, Inc.'s Complaint up to and including February 11, 2008 in the above cause.