IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRIC OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BENEFICIAL INNOVATIONS, INC. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:07-cv-555[TJW-DE] |
| | § | |
| AOL LLC, THE DALLAS MORNING | § | JURY TRIAL DEMANDED |
| NEWS, INC., GOOGLE INC., IGN | § | |
| ENTERTAINMENT, INC., MORRIS | § | |
| COMMUNICATIONS COMPANY, LLC, | § | |
| TRIBUNE INTERACTIVE, INC., | § | |
| YAHOO! INC., and YOUTUBE, LLC | § | |

**DEFENDANT THE DALLAS MORNING NEWS, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant THE DALLAS MORNING NEWS, INC., without waiving any defenses or any matters that might be presented pursuant to FEDERAL RULE OF CIVIL PROCEDURE 12(b) or any other rule or law, files this unopposed motion for extension of time in which to answer, move, or otherwise respond to Plaintiff BENEFICIAL INNOVATIONS, INC.'s Complaint and would respectfully show the Court as follows:

THE DALLAS MORNING NEWS, INC. has requested and Plaintiff has agreed to an extension of THE DALLAS MORNING NEWS, INC.'s time to respond in any manner whatsoever including answer, motion or other pleading of any type to Plaintiff's Complaint. Specifically, THE DALLAS MORNING NEWS, INC. requests, and BENEFICIAL INNOVATIONS, INC. does not oppose, an additional extension of time up to and including February 11, 2008.

A proposed Order granting this unopposed motion is attached for the Court's convenience.

{A07\7854\0007\W0354337.1 }

Dated: January 8, 2008

Respectfully submitted,

By: */s /Michael E. Jones*
Michael E. Jones
State Bar No. 10929400
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500 (75702)
P. O. Box 359
Tyler, Texas  75710
(903) 597 8311
(903) 593 0846 (Facsimile)
mikejones@potterminton.com

ATTORNEYS FOR DEFENDANT
THE DALLAS MORNING NEWS, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 8th day of  January, 2008. Any other counsel of record will be served by first class U.S. mail on this same date.

*/s/ Michael E. Jones*
Michael E. Jones