IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRIC OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BENEFICIAL INNOVATIONS, INC. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:07-cv-555[TJW-DE] |
| | § | |
| AOL LLC, THE DALLAS MORNING | § | JURY TRIAL DEMANDED |
| NEWS, INC., GOOGLE INC., IGN | § | |
| ENTERTAINMENT, INC., MORRIS | § | |
| COMMUNICATIONS COMPANY, LLC, | § | |
| TRIBUNE INTERACTIVE, INC., | § | |
| YAHOO! INC., and YOUTUBE, LLC | § | |

**ORDER GRANTING DEFENDANT THE DALLAS MORNING NEWS, INC.'S
UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO ANSWER,
MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant THE DALLAS MORNING NEWS, INC., without waiving any defenses or any matters that might be presented pursuant to FEDERAL RULE OF CIVIL PROCEDURE 12(b) or any other rule or law, filed its unopposed motion to extend its time to answer, move or otherwise respond to Plaintiff's Complaint until and through February 11, 2008. Such motion is GRANTED.

It is therefore ORDERED that Defendant THE DALLAS MORNING NEWS, INC. has until and through February 11, 2008 to answer, move, or otherwise respond to Plaintiff's Complaint.

{A07\7854\0007\W0354337.1 }

Dockets.Justia.com