IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BENEFICIAL INNOVATIONS, INC. | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| V. | § | C. A. NO.: 2:07 CV 555 (JTW) |
| | § | |
| AOL, LLC, et al, | § | |
| | § | UNOPPOSED |
| *Defendants.* | § | |

**ORDER GRANTING DEFENDANT GOOGLE INC.'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF BENEFICIAL INNOVATIONS, INC.'S COMPLAINT**

On this date came for consideration Defendant Google Inc.'s Unopposed Motion to Extend Time to Answer, Move or Otherwise Respond to Plaintiff Beneficial Innovations, Inc.'s Complaint, and the Court being of the opinion that same should be GRANTED, it is therefore,

ORDERED that Defendant, Google Inc., be and hereby is, GRANTED an extension of time within which to respond to Plaintiff, Beneficial Innovations, Inc.'s Complaint up to and including February 11, 2008 in the above cause.

SIGNED this 9th day of January, 2008.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE