IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BENEFICIAL INNOVATIONS, INC., <br>    Plaintiff, <br><br> VS. <br><br> AOL LLC, a Delaware limited liability company; THE DALLAS MORNING NEWS, INC., a Delaware corporation; GOOGLE INC., a Delaware corporation; IGN ENTERTAINMENT, INC., a Delaware corporation; MORRIS COMMUNICATIONS COMPANY, LLC, a Georgia limited liability Company; TRIBUNE INTERACTIVE, INC., A Delaware corporation; YAHOO! INC., a Delaware corporation; and YOUTUBE, LLC, a Delaware limited liability company, <br><br>    Defendants. | Civil Action No: 2:07-cv-555 (TJW/CE) <br><br> Jury Trial Demanded |

## ORDER

Came on for consideration the Agreed Motion for Extension of Time for Defendant Yahoo! Inc. to Answer or Otherwise Respond and the Court is of the opinion that the Motion should be GRANTED.

IT IS, THEREFORE, ORDERED that the Agreed Motion for Extension of Time for Defendant Yahoo! Inc. to Answer or Otherwise Respond is GRANTED and the deadline for Defendant Yahoo! Inc. to file its Answer or Otherwise Respond to Plaintiff's Complaint is extended to February 11, 2008.

SIGNED this 9th day of January, 2008.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE