# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **BENEFICIAL INNOVATIONS, INC.,** § | |
| § | |
| Plaintiff, § | |
| v § | CASE NO. 2:07-cv-555-TJW/CE |
| § | |
| AOL, LLC, et al., § | |
| § | |
| Defendants. § | |

## TRIBUNE INTERACTIVE, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO ORIGINAL COMPLAINT

Tribune Interactive, Inc., defendant in the above case, moves the Court to extend the deadline to answer or otherwise respond to Plaintiff's Original Complaint thirty (30) days to and including February 11, 2008.

Plaintiff Beneficial Innovations, Inc. does not oppose this Motion.

WHEREFORE, Defendant Tribune Interactive, Inc. moves the Court to extend its deadline to answer or otherwise respond to Plaintiff's Original Complaint to and including February 11, 2008.

Respectfully submitted,

_____
Michael C. Smith
State Bar Card No. 18650410
THE ROTH LAW FIRM
P.O. Box 876
115 North Wellington, Suite 200
Marshall, Texas 75670
(903) 935-1665
(903) 935-1797 (FAX)
ms@rothfirm.com

ATTORNEYS FOR DEFENDANT
TRIBUNE INTERACTIVE, INC.

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 9th day of January, 2008. Any other counsel of record will be served by facsimile transmission and/or first class mail.

_____
Michael C. Smith