## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| BENEFICIAL INNOVATIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>AOL LLC, a Delaware limited liability company; THE DALLAS MORNING NEWS, INC., a Delaware corporation; GOOGLE INC., a Delaware corporation; IGN ENTERTAINMENT, INC., a Delaware corporation; MORRIS COMMUNICATIONS COMPANY, LLC, a Georgia limited liability company; TRIBUNE INTERACTIVE, INC., a Delaware corporation; YAHOO! INC., a Delaware corporation; and YOUTUBE, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO.   2:07-CV-555 – (TJW-CE)<br><br>**Jury Trial Demanded** |

### AGREED MOTION FOR EXTENSION OF TIME FOR
### DEFENDANT, MORRIS COMMUNICATIONS COMPANY, LLC, TO ANSWER
### OR OTHERWISE RESPOND

Plaintiff, BENEFICIAL INNOVATIONS, INC., files this Agreed Motion to Extend Time

for Defendant, MORRIS COMMUNICATIONS COMPANY, LLC, to Answer or Otherwise

Respond to Plaintiff's Complaint for Patent Infringement, and in support of same would show

the Court as follows:

Defendant, MORRIS COMMUNICATIONS COMPANY, LLC, has requested an

extension of time to answer.  Plaintiff has agreed to such an extension.  The parties respectfully

request that Defendant, MORRIS COMMUNICATIONS COMPANY, LLC, be granted an

1

Dockets.Justia.com

extension of time to file its Answer or otherwise respond to Plaintiff's Complaint for Patent Infringement to February 11, 2008.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, BENEFICIAL INNOVATIONS, INC., respectfully moves the Court to extend the deadline as set forth above pursuant to the request of MORRIS COMMUNICATIONS COMPANY, LLC, and for such other and further relief as the parties may show themselves justly entitled.

Dated January 9, 2008                    Respectfully submitted,

By: */s/ Charles Ainsworth*
Charles Ainsworth
State Bar No. 00783521
Robert Christopher Bunt
State Bar No.  00787165
**PARKER, BUNT & AINSWORTH, P.C.**
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
903/531-3535
903/533-9687 - Facsimile
E-mail: rcbunt@pbatyler.com
E-mail: charley@pbatyler.com

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Brown McCarroll, L.L.P.
1127 Judson Road, Suite 220
Longview, TX 75601
Telephone:  (903) 236-9800
Facsimile:  (903) 236-8787
Email:  capshaw@mailbmc.com
Email:  ederieux@mailbmc.com

Franklin Jones, Jr.
State Bar No. 00000055
Email:  maizieh@millerfirm.com
Jones & Jones, Inc., P.C.
201 W. Houston St.
P.O. Drawer 1249
Marshall, TX 75670

2

Of Counsel:

Gregory S. Dovel (CA State Bar No. 135387)
Julien Adams (CA State Bar No. 156135)
Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone:  310-656-7066
Facsimile:  310-657-7069

ATTORNEYS FOR PLAINTIFF<br>Beneficial Innovations, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served this 9th day of January, 2008, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Charles Ainsworth*
Charles Ainsworth