IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BENEFICIAL INNOVATIONS, INC. | § | |
| | § | |
| PLAINTIFF | § | Civil Action No.: 2:07-CV-555 |
| | § | |
| VS. | § | |
| | § | |
| AOL LLC, a Delaware limited liability | § | Jury Trial Demanded |
| company, THE DALLAS MORNING NEWS, | § | |
| INC, a Delaware corporation; GOOGLE, INC. | § | |
| a Delaware corporation, IGN | § | |
| ENTERTAINMENT, INC., a Delaware | § | |
| corporation; MORRIS COMMUNICATIONS | § | |
| COMPANY, LLC, a Georgia limited liability | § | |
| company; TRIBUNE INTERACTIVE, INC., | § | |
| a Delaware corporation; YAHOO! INC., | § | |
| A Delaware corporation; and YOUTUBE, LLC | § | |
| a Delaware limited liability company | § | |

## NOTICE OF APPEARANCE

Notice is hereby given that Franklin Jones, Jr. is entering his appearance as counsel for

Plaintiffs, Beneficial Innovations, Inc., for the purpose of receiving notices from the Court.

Dated this the 15th day of January, 2008.

> BY: /s/ Franklin Jones, Jr.
> Franklin Jones, Jr.
> State Bar No. 00000055
> JONES & JONES, INC.
> P. O. Box 1249
> Marshall, Texas 75671-1249
> Telephone: (903) 938-4395
> Facsimile: (903) 938-3360

1

CERTIFICATE OF SERVICE

    I hereby certify that on this the 15th day of January, 2008, a true and correct copy of the foregoing document was sent to all counsel of record via the Court electronic filing system.

                                                                            /s/ Franklin Jones, Jr.
                                                                            Franklin Jones, Jr.