IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BENEFICIAL INNOVATIONS, INC., | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Action No: 2:07-cv-555 (TJW/CE) |
| | § | |
| AOL LLC, a Delaware limited liability company; THE DALLAS MORNING NEWS, INC., a Delaware corporation; GOOGLE INC., a Delaware corporation; IGN ENTERTAINMENT, INC., a Delaware corporation; MORRIS COMMUNICATIONS COMPANY, LLC, a Georgia limited liability Company; TRIBUNE INTERACTIVE, INC., A Delaware corporation; YAHOO! INC., a Delaware corporation; and YOUTUBE, LLC, a Delaware limited liability company, | § § § § § § § § § § § § | Jury Trial Demanded |
| Defendants. | § § | |

**PLAINTIFF BENEFICIAL INNOVATIONS, INC.'S
MOTION TO DISMISS IGN ENTERTAINMENT, INC. WITH PREJUDICE**

COMES NOW Plaintiff Beneficial Innovations, Inc., pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i), and respectfully moves the Court to dismiss with prejudice all claims asserted by Plaintiff Beneficial Innovations, Inc., against Defendant IGN Entertainment, Inc., and in support thereof would respectfully show the Court as follows:

I.

All matters in controversy between Plaintiff, Beneficial Innovations, Inc., and Defendant IGN Entertainment, Inc., have been settled.  Defendant IGN Entertainment, Inc. has neither answered nor filed a motion for summary judgment in this action.  Plaintiff Beneficial Innovations, Inc. therefore moves to dismiss all claims asserted against Defendant IGN

Entertainment, Inc. with prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i). Plaintiff Beneficial Innovations, Inc., further moves that all attorneys fees and costs of court be borne by the party that incurred them.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Beneficial Innovations, Inc. prays that all claims asserted against IGN Entertainment, Inc. be dismissed with prejudice, with all attorneys' fees and costs of court being borne by the party that incurred them.

Dated: January 15, 2008				Respectfully submitted,

By:  /s/ Claire Abernathy Henry
S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Claire Abernathy Henry
State Bar No. 24053063
Brown McCarroll, L.L.P.
1127 Judson Rd., Suite 220
Longview, TX 75601
P O Box 3999
Longview, TX 75606
Phone: (903) 236-9800
Fax: (903) 236-8787
Email: ccapshaw@mailbmc.com
Email: ederieux@mailbmc.com
Email: chenry@mailbmc.com

Robert Christopher Bunt
State Bar No. 00787165
Charles Ainsworth
State Bar No. 00783521
Parker, Bunt & Ainsworth, P.C.
100 East Ferguson, Ste. 1114
Tyler, TX 75702
Telephone: (903) 531-3535
Facsimile: (903) 533-9687
Email: rcbunt@pbatyler.com
Email: charley@pbatyler.com

Franklin Jones, Jr.
State Bar No. 00000055
Jones and Jones, Inc., P.C.
201 West Houston Street
P. O. Drawer 1249
Marshall, Texas 75671-1249
Phone: (903) 938-4395
Fax: (903) 938-3360
E-mail: maizieh@millerfirm.com

Gregory Scott Dovel
CA State Bar No. 135387
Julien Adams
CA State Bar No. 156135
Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Phone: (310) 656-7066
Fax: (310) 656-7069
E-mail: greg@dovellaw.com
E-mail: julien@dovellaw.com

ATTORNEYS FOR PLAINTIFF
BENEFICIAL INNOVATIONS, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 15, 2008. Any other counsel of record will be served by facsimile transmission and first class mail.

/s/ Claire Abernathy Henry