IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BENEFICIAL INNOVATIONS, INC., §<br>    Plaintiff, §<br>§<br>VS. §<br>§<br>AOL LLC, a Delaware limited liability §<br>company; THE DALLAS MORNING §<br>NEWS, INC., a Delaware corporation; §<br>GOOGLE INC., a Delaware corporation; IGN §<br>ENTERTAINMENT, INC., a Delaware §<br>corporation; MORRIS COMMUNICATIONS §<br>COMPANY, LLC, a Georgia limited liability §<br>Company; TRIBUNE INTERACTIVE, INC., §<br>A Delaware corporation; YAHOO! INC., a §<br>Delaware corporation; and YOUTUBE, LLC, §<br>a Delaware limited liability company, §<br>§<br>    Defendants. § | Civil Action No: 2:07-cv-555 (TJW/CE)<br><br>Jury Trial Demanded |

## ORDER

On this day came to be considered by the Court Plaintiff's Motion to Dismiss IGN Entertainment, Inc. with prejudice. It appears to the Court that the Motion to Dismiss IGN Entertainment, Inc. with prejudice is well-taken and should be granted, and that Plaintiff's claims against Defendant IGN Entertainment, Inc. should be dismissed with prejudice.

IT IS THEREFORE ORDERED that the claims asserted by Plaintiff against Defendant IGN Entertainment, Inc., should be dismissed with prejudice, with all attorneys' fees and costs of court being borne by the party that incurred them.

SIGNED this 17th day of January, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE