THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BENEFICIAL INNOVATIONS, INC. | § | |
| | § | JUDGE: T. John Ward |
| Plaintiffs | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 2:07-CV-555 |
| | § | |
| AOL, L.L.C., THE DALLAS MORNING | § | |
| NEWS, INC., GOOGLE, INC., IGN | § | |
| ENTERTAINMENT, INC., MORRIS | § | |
| COMMUNICATIONS COMPANY, L.L.C. | § | JURY TRIAL DEMANDED |
| TRIBUNE INTERACTIVE, INC., | § | |
| | § | |
| Defendants | § | |

**AGREED MOTION FOR EXTENSION OF TIME
FOR DEFENDANT, MORRIS COMMUNICATIONS COMPANY, LLC.
TO ANSWER OR OTHERWISE RESPOND**

Plaintiff, BENEFICIAL INNOVATIONS, INC., files this Agreed Motion to Extend Time for Defendant, MORRIS COMMUNICATIONS COMPANY, LLC, to Answer or Otherwise Respond to Plaintiffs' Complaint for Patent Infringement, and in support of same would show the Court as follows:

Defendant, MORRIS COMMUNICATIONS COMPANY, LLC, has requested an extension of time to answer. Plaintiff has agreed to such an extension. The parties respectfully request that Defendant, MORRIS COMMUNICATIONS COMPANY, LLC, be granted an extension of time to file its Answer or otherwise respond to Plaintiffs Complaint for Patent Infringement to March 3, 2008.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, BENEFICIAL INNOVATIONS, INC., respectfully moves the Court to extend the deadline as set forth above pursuant to the

221985.01/2721.00200

request of MORRIS COMMUNICATIONS COMPANY, LLC, and for such other and further relief as the parties may show themselves justly entitled.

Dated February 7, 2008                  Respectfully submitted,

                                          By: /s/ *Charles Ainsworth*
Charles Ainsworth
State Bar No. 00783521
Robert Christopher Bunt
State Bar No. 00787165
**PARKER, BUNT & AINSWORTH, P.C.**
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
(903) 531-3535 - Telephone
(903) 533-9687 - Facsimile
Email: charley@pbtyler.com
Email: rebunt@pbtyler.com

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Brown McCarroll, L.L.P.
1127 Judson Road, Suite 220
Longview, Texas 75601
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
Email: ccapshaw@mailbmc.com
Email: ederieux@mailbmc.com

Franklin Jones, Jr.
State Bar No. 00000055
Jones & Jones, Inc., P.C.
201 W. Houston Street
P.O. Drawer 1249
Marshall, Texas 75670
Email: maizieh@millerfirm.com

221985.01/2721.00200          2

Of Counsel:

Gregory S. Dovel (CA State Bar No. 135387)
Julien Adams (CA State Bar No. 156135)
Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: (310) 656-7066
Facsimile: (310) 657-7069

                                            ATTORNEYS FOR PLAINTIFF
                                            Beneficial Innovations, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served this 7th day of February, 2008, with a copy of this document via the Court's CMIECF system per Local Rule CV-5(a)(3).

                                            */s/ Charles Ainsworth*
                                            Charles Ainsworth