IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BENEFICIAL INNOVATIONS, INC. | § | JUDGE: T. John Ward |
| Plaintiffs | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 2:07-CV-555 |
| | § | |
| AOL, L.L.C., THE DALLAS MORNING | § | |
| NEWS, INC., GOOGLE, INC., IGN | § | |
| ENTERTAINMENT, INC., MORRIS | § | |
| COMMUNICATIONS COMPANY, L.L.C. | § | JURY TRIAL DEMANDED |
| TRIBUNE INTERACTIVE, INC., | § | |
| | § | |
| Defendants | § | |

### ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANT, MORRIS COMMUNICATIONS COMPANY, LLC. TO ANSWER OR OTHERWISE RESPOND

Came on for consideration the Agreed Motion for Extension of Time for MORRIS COMMUNICATIONS COMPANY, L.L.C. to Answer or Otherwise Respond, and the Court is of the opinion that the Motion should be granted.

IT IS, THEREFORE, ORDERED that the Agreed Motion for Extension of Time for MORRIS COMMUNICATIONS COMPANY, L.L.C. to Answer or Otherwise Respond is GRANTED and the deadline for Defendant MORRIS COMMUNICATIONS COMPANY, L.L.C. to Answer or Otherwise Respond to Plaintiff's Complaint for Patent Infringement is extended to March 3, 2008.