IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

BENEFICIAL INNOVATIONS, INC.

| | | |
|---|---|---|
| | § | JUDGE:  T. John Ward |
| Plaintiffs | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 2:07-CV-555 |
| | § | |
| AOL, L.L.C., THE DALLAS MORNING | § | |
| NEWS, INC., GOOGLE, INC., IGN | § | |
| ENTERTAINMENT, INC., MORRIS | § | |
| COMMUNICATIONS COMPANY, L.L.C. | § | JURY TRIAL DEMANDED |
| TRIBUNE INTERACTIVE, INC., | § | |
| | § | |
| Defendants | § | |

**ORDER GRANTING AGREED  MOTION FOR EXTENSION OF TIME
FOR DEFENDANT, MORRIS COMMUNICATIONS COMPANY, LLC.
TO ANSWER OR OTHERWISE RESPOND**

Came on for consideration the Agreed Motion for Extension of Time for MORRIS

COMMUNICATIONS COMPANY, L.L.C. to Answer or Otherwise Respond, and the Court is of

the opinion that the Motion should be granted.

IT IS, THEREFORE, ORDERED that the Agreed Motion for Extension of Time for

MORRIS COMMUNICATIONS COMPANY, L.L.C. to Answer or Otherwise Respond is

GRANTED and the deadline for Defendant MORRIS COMMUNICATIONS COMPANY, L.L.C.

to Answer or Otherwise Respond to Plaintiff's Complaint for Patent Infringement is extended to

March 3, 2008.

SIGNED this 8th day of February, 2008.

CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE