# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BENEFICIAL INNOVATIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> AOL LLC, a Delaware limited liability company; THE DALLAS MORNING NEWS, INC., a Delaware corporation; GOOGLE INC., a Delaware corporation; IGN ENTERTAINMENT, INC., a Delaware corporation; MORRIS COMMUNICATIONS COMPANY, LLC, a Georgia limited liability company; TRIBUNE INTERACTIVE, INC., a Delaware corporation; YAHOO! INC., a Delaware corporation; and YOUTUBE, LLC, a Delaware limited liability company, <br><br> Defendants. | CASE NO. 2:07-cv-555 (TJW/CE) <br><br> **Notice of Appearance** |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Julien A. Adams, enters his appearance in this matter as counsel for Plaintiff Beneficial Innovations, Inc. for the purpose of receiving notices and orders from the Court.

DATED this 8th day of February, 2008.

Respectfully submitted,

By: /s/ Julien A. Adams
Julien A. Adams
Cal State Bar No. 156135
Dovel & Luner, LLP

1

201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: (310) 656–7066
Facsimile: (310) 657–7069
Email: julien@dovellaw.com

ATTORNEYS FOR PLAINTIFF BENEFICIAL
INNOVATIONS, INC.

2

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 8th day of February, 2008, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

      /s/ Julien A. Adams
      Julien A. Adams