**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| BENEFICIAL INNOVATIONS, INC., § <br> Plaintiff, § <br> § <br> v. § <br> § <br> AOL, LLC, ET AL., § <br> Defendant. § <br> § <br> § | Civil Action No. 2:07-CV-00555-TJW-CE <br><br> Judge T. John Ward <br> Magistrate Judge Charles Everingham <br><br> Jury Trial Demanded |

**THE DALLAS MORNING NEWS, INC.'S CORPORATE DISCLOSURE STATEMENT**

Defendant The Dallas Morning News, Inc. ("TDMN") files this Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and discloses that one hundred percent of the stock of The Dallas Morning News, Inc. is owned by A.H. Belo Corporation, a Delaware corporation.

| | |
|---|---|
| Dated: February 8, 2008 | */s/ V. Bryan Medlock, Jr.*<br>**V. BRYAN MEDLOCK, JR.**<br>Lead Attorney<br>Texas State Bar No. 13897000<br>Email: bmedlock@sidley.com<br>**STEVE MALIN**<br>Texas Bar No. 12859750<br>Email: smalin@sidley.com<br>**KELLEY CONATY**<br>Texas State Bar No. 24040716<br>Email: kconaty@sidley.com<br>**SIDLEY AUSTIN LLP**<br>717 N. Harwood, Suite 3400<br>Dallas, Texas 75201<br>Tel: (214) 981-3300<br>Fax: (214) 981-3400<br><br>Michael E. Jones<br>Texas State Bar No. 10929400<br>Email: mikejones@potterminton.com<br>John F. Bufe<br>Texas State Bar No. 03316930<br>Email: johnbufe@potterminton.com<br>**POTTER MINTON**<br>110 N. College, Ste, 500<br>PO Box 359<br>Tyler, Texas   75710-0359<br>Tel. 903-597-8311<br>Fax 903-593-0846<br><br>**ATTORNEYS FOR DEFENDANT**<br>**THE DALLAS MORNING NEWS, INC.** |

### CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2008, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

*/s/ Kelley Conaty*