# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| BENEFICIAL INNOVATIONS, INC., <br> Plaintiff, <br> v. <br> AOL, LLC, ET AL., <br> Defendant. | § § § § § § § § § | Civil Action No. 2:07-CV-00555-TJW-CE <br><br> Judge T. John Ward <br> Magistrate Judge Charles Everingham <br><br> Jury Trial Demanded |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Steve Malin, enters his appearance in this matter for Defendant The Dallas Morning News, Inc. for purposes of receiving notices and orders from the Court.

Dated: February 8, 2008

*/s/ Steve Malin*

**STEVE MALIN**
Texas Bar No. 12859750
Email: smalin@sidley.com
**SIDLEY AUSTIN LLP**
717 N. Harwood, Suite 3400
Dallas, Texas 75201
Tel: (214) 981-3300
Fax: (214) 981-3400

**ATTORNEY FOR DEFENDANT**
**THE DALLAS MORNING NEWS, INC.**

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 8, 2008, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                                        /s/ Steve Malin