**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| BENEFICIAL INNOVATIONS, INC., § <br> Plaintiff, § <br> § <br> v. § <br> § <br> AOL, LLC, ET AL., § <br> Defendant. § <br> § <br> § | Civil Action No. 2:07-CV-00555-TJW-CE <br><br> Judge T. John Ward <br> Magistrate Judge Charles Everingham <br><br> Jury Trial Demanded |

**NOTICE OF APPEARANCE**

Notice is hereby given that the undersigned attorney, Kelley Conaty, enters her appearance in this matter for Defendant The Dallas Morning News, Inc. for purposes of receiving notices and orders from the Court.

Dated: February 8, 2008                     */s/ Kelley Conaty*
**KELLEY CONATY**
Texas State Bar No. 24040716
Email: kconaty@sidley.com
**SIDLEY AUSTIN LLP**
717 N. Harwood, Suite 3400
Dallas, Texas 75201
Tel: (214) 981-3300
Fax: (214) 981-3400

**ATTORNEY FOR DEFENDANT**
**THE DALLAS MORNING NEWS, INC.**

**C**ERTIFICATE OF **S**ERVICE

I hereby certify that on February 8, 2008, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

          */s/ Kelley Conaty*