# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **BENEFICIAL INNOVATIONS, INC.,** | |
| *Plaintiff,* | Civil Action No: 2:07-CV-555 TJW-CE |
| v. | JURY TRIAL DEMANDED |
| **AOL, LLC; ET AL.** | **Unopposed** |
| *Defendants.* | |

## DEFENDANT YAHOO!, INC.'S UNOPPOSED MOTION
## FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND
## TO PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT

COMES NOW Defendant Yahoo!, Inc., and makes and files this its Unopposed Motion for Extension of Time to Answer, Move, or Otherwise Respond to Plaintiff's Complaint for Patent Infringement, and for its Motion would respectfully show to the Court the following:

The current deadline for Defendant Yahoo!, Inc. to file its answer is February 11, 2008. Defendant Yahoo!, Inc. respectfully requests a 30-day extension of time to and including March 12, 2008 to file its answer.

WHEREFORE, PREMISES CONSIDERED, Defendant Yahoo!, Inc. respectfully moves the Court to extend the deadline as set forth above, and for such other and further relief as it may be justly entitled.

{VRT\7854\0007\W0359457.1 }

Dated: February 11, 2008

Respectfully submitted,

**POTTER MINTON**
**A Professional Corporation**

By:  */s/ John F. Bufe*
John F. Bufe
State Bar No. 03316930
johnbufe@potterminton.com
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
110 N. College, Suite 500 (75702)
P.O. Box 359
Tyler, Texas 75710
(903) 597-8311 (telephone)
(903) 593-0846 (facsimile)

*Attorneys for Defendant*
**YAHOO!, INC.**

### CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 11th day of February, 2008. Any other counsel of record will be served by first class U.S. mail on this same date.

*/s/ John F. Bufe*
JOHN F. BUFE