# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **BENEFICIAL INNOVATIONS, INC.,** | |
| *Plaintiff,* | **Civil Action No: 2:07-CV-555 TJW-CE** |
| v. | **JURY TRIAL DEMANDED** |
| **AOL, LLC;** ET AL. | |
| *Defendants.* | |

## ORDER GRANTING DEFENDANT YAHOO!, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT

Came on to be heard Defendant YAHOO!, INC.'s Unopposed Motion for Extension of Time to Answer, Move, or Otherwise Respond to Plaintiff's Complaint for Patent Infringement, and the Court, after review of the subject Motion, and noting that said Motion is unopposed, it is hereby ORDERED that said Motion shall be in all things **granted**; and it is

FURTHER ORDERED that the deadline for Defendant YAHOO!, INC. shall be extended to and including March 12, 2008.

{VRT\7854\0007\W0359459.1 }