UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

BENEFICIAL INNOVATIONS, INC.,

    Plaintiff,

v.

AOL LLC, a Delaware limited liability company;
THE DALLAS MORNING NEWS, INC., a
Delaware corporation; GOOGLE INC., a Delaware
corporation; IGN ENTERTAINMENT, INC., a
Delaware corporation; MORRIS
COMMUNICATIONS COMPANY, LLC, a Georgia
limited liability company; TRIBUNE
INTERACTIVE, INC., a Delaware corporation;
YAHOO! INC., a Delaware corporation; and
YOUTUBE, LLC, a Delaware limited liability
company,

    Defendants.

Case No.: 2:07-CV-555 – (TJW-DE)

## GOOGLE INC.'S AND YOUTUBE LLC'S
## CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED R. CIV. P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Google Inc. ("Google") and YouTube, LLC ("YouTube") hereby state:

1. Google has no parent company.

2. No publicly traded company owns more than 10% of Google's stock.

3. YouTube is a wholly-owned subsidiary of Google.

Dated: February 11, 2008                                    Respectfully submitted,

                                                            /s/
                                                            ──────────────────────────────
                                                            Melissa Richards Smith
                                                            Email: melissa@gillamsmithlaw.com
                                                            Gillam & Smith, LLP
                                                            303 South Washington Avenue
                                                            Marshall, TX 75670
                                                            Telephone: (903) 934-8450
                                                            Facsimile: (903) 934-9257

                                                            *Attorneys for Defendants*
                                                            Google Inc. and YouTube, LLC

## CERTIFICATE OF SERVICE

   The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 11th day of February, 2008.


                                                            __/s/ Melissa R. Smith_____
                                                            Melissa R. Smith