Beneficial Innovations, Inc. v. AOL, LLC. et al.                                         Doc. 43 Att. 1

Case 2:07-cv-00555-TJW-CE   Document 43-2   Filed 02/11/2008   Page 1 of 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **BENEFICIAL INNOVATIONS, INC.,** | |
| *Plaintiff,* | Civil Action No: 2:07-CV-555 TJW-CE |
| v. | JURY TRIAL DEMANDED |
| **AOL, LLC;** ET AL. | |
| *Defendants.* | |

## ORDER GRANTING DEFENDANT AOL, LLC'S UNOPPOSED
## MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR
## OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant AOL, LLC, without waiving any defenses or any matters that might be presented pursuant to FEDERAL RULE OF CIVIL PROCEDURE 12(b) or any other rule or law, filed its unopposed motion to extend its time to answer, move or otherwise respond to Plaintiff's Complaint up to and including March 12, 2008. Such motion is GRANTED. It is therefore

ORDERED that Defendant AOL, LLC has up to and including March 12, 2008 to answer, move, or otherwise respond to Plaintiff's Complaint.

{KEA\7167\0002\W0359476.1 }