IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **BENEFICIAL INNOVATIONS, INC.,** § | |
| § | |
| Plaintiff, § | |
| v § | CASE NO. 2:07-cv-555-TJW/CE |
| § | |
| AOL, LLC, et al., § | |
| § | |
| Defendants. § | |

### TRIBUNE INTERACTIVE, INC.'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLANTIFF'S ORIGINAL COMPLAINT

Tribune Interactive, Inc., defendant in the above case, moves the Court to extend the deadline to answer or otherwise respond to Plaintiff's Original Complaint to and including February 28, 2008.

Plaintiff Beneficial Innovations, Inc. does not oppose this Motion.

WHEREFORE, Defendant Tribune Interactive, Inc. moves the Court to extend its deadline to answer or otherwise respond to Plaintiff's Original Complaint to and including February 28, 2008.

Respectfully submitted,

/s/ Michael Smith

Michael C. Smith
State Bar Card No. 18650410
Siebman, Reynolds, Burg, Phillips & Smith, LLP
713 South Washington Avenue
Marshall, Texas 75670
Office: (903) 938-8900
(Fax): (972) 767-4620
michaelsmith@siebman.com

ATTORNEYS FOR DEFENDANT
TRIBUNE INTERACTIVE, INC.

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 11th day of February, 2008. Any other counsel of record will be served by facsimile transmission and/or first class mail.

_____
Michael C. Smith