IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **BENEFICIAL INNOVATIONS, INC.,** | § | |
| | § | |
| Plaintiff, | § | |
| v | § | CASE NO. 2:07-cv-555-TJW/CE |
| | § | |
| AOL, LLC, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING TRIBUNE INTERACTIVE, INC.'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S ORIGINAL COMPLAINT**

ON THIS DAY came on to be heard the Defendant Tribune Interactive, Inc.'s Second Unopposed Motion for Extension of Time to File Answer or Otherwise Respond to Plaintiff Beneficial Innovations, Inc.'s Original Complaint, and the Court is of the opinion that the Motion should be GRANTED.

Accordingly, IT IS ORDERED that Tribune Interactive, Inc.'s answer or other response to Plaintiff Beneficial Innovations, Inc.'s Original Complaint shall be due on or before February 28, 2008.