IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BENEFICIAL INNOVATIONS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Action No: 2:07-cv-555 (TJW/CE) |
| | § | |
| AOL LLC, THE DALLAS MORNING | § | |
| NEWS, INC., GOOGLE INC., IGN | § | |
| ENTERTAINMENT, INC., MORRIS | § | |
| COMMUNICATIONS COMPANY, LLC, | § | |
| TRIBUNE INTERACTIVE, INC., YAHOO! | § | |
| INC., and YOUTUBE, LLC, | § | |
| | § | |
| Defendants. | § | |

**AGREED MOTION FOR EXTENSION OF TIME
TO PROVIDE INTERROGATORY RESPONSES**

Defendants Google Inc. and YouTube, LLC (collectively "Google") and Plaintiff Beneficial Innovations, Inc. ("Beneficial") hereby file and present this Agreed Motion for Extension of Time to Provide Interrogatory Responses.

On May 26, 2010, the Court entered an order directing as follows:  "Within ten days of this order, Google must provide Beneficial with full and complete answers to Beneficial's interrogatories seeking Google's non-infringement contentions.  Google is  not required, however, to disclose its experts' opinions in advance of the deadline for serving expert reports." Pursuant to this Order, Google is to provide answers to these interrogatories by June 7, 2010.

The parties seek an extension of time up to and including February 11, 2010, for Google to comply with this Order.  The parties agree that this extension will not affect any other deadlines in the present action.

WHEREFORE, the parties respectfully request that the Court grant this Motion.

Date: June 7, 2010

Respectfully submitted,

*/s/* Violetta G. Watson
Melissa Richards Smith
Gillam & Smith, LLP
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-9257
E-mail: melissa@gillamsmithlaw.com

Mark G. Matuschak
Vinita Ferrera
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
E-mail: mark.matuschak@wilmerhale.com

Kate Hutchins
Violetta G. Watson
Cosmin Maier
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800
E-mail: kate.hutchins@wilmerhale.com

**ATTORNEYS FOR DEFENDANTS
GOOGLE INC. AND YOUTUBE, LLC**

*/s/* Julien Adams
*(with permission by Violetta G. Watson)*
S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Claire Abernathy Henry
State Bar No. 24053063
1127 Judson Road, Suite 220
P. O. Box 3999 (75606-3999)
Longview, Texas 75601-5157
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
E-mail: ccapshaw@capshawlaw.com
Email: ederieux@capshawlaw.com
Email: chenry@capshawlaw.com

Robert Christopher Bunt
State Bar No. 00787165
Charles Ainsworth
State Bar No. 00783521
Parker, Bunt & Ainsworth, P.C.
100 East Ferguson, Ste. 1114
Tyler, TX 75702
Telephone: (903) 531-3535
Facsimile: (903) 533-9687
Email: rcbunt@pbatyler.com
Email: charley@pbatyler.com

Gregory Scott Dovel
CA State Bar No. 135387
Julien Adams
CA State Bar No. 156135
Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Phone: (310) 656-7066
Fax: (310) 656-7069
E-mail: greg@dovellaw.com
E-mail: julien@dovellaw.com

**ATTORNEYS FOR PLAINTIFF
BENEFICIAL INNOVATIONS, INC.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have

consented to electronic service are being served with a copy of this document via the Court's

CM/ECF system per Local Rule CV-5(a)(3) on June 7, 2010.

/s/ Violetta G. Watson
Violetta G. Watson

- 3 -